IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


CHRIS ARCHIBEQUE,

        Plaintiff,

  vs.                                                                           No. CIV 10-483 MCA/LFG

CITY OF ALBUQUERQUE FIRE
DEPARTMENT, et al.,

        Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER comes before the Court on the Motion for Leave of Court to Withdraw Appearance of Counsel for Plaintiff [Doc. 22], filed October 13, 2010 by Rugge, Rosales & Associates, P.C. (David Ray Rosales and Amelia P. Nelson), attorneys of record for Plaintiff Chris Archibeque. Defendants filed a Response [Doc. 26] stating they had no objection to the withdrawal. Plaintiff did not file a Response.

The Court entered an Order Setting Requirements for Withdrawal [Doc. 28], directing counsel to contact Plaintiff and advise him that they are seeking withdrawal as counsel and, if the Court grants withdrawal, Plaintiff will be deemed a *pro se* litigant and subject to all rules of procedure applicable to a licensed attorney. Counsel were further directed to advise Archibeque that if there are pending discovery requests, he will be responsible for responding and subject to sanctions if he fails to do so, and until such time as substitute counsel is retained, Plaintiff has the responsibility of representing himself and responding to any motions that are filed in the case. In addition, Plaintiff is responsible for adhering to all rules of practice and all orders of the Court. The Court ordered counsel to file a certificate of compliance with these directives.

On October 21, 2010, counsel filed a Notice of Compliance with Order Setting Requirements for Withdrawal [Doc. 30], certifying their compliance with all conditions set by the Court.

IT IS THEREFORE ORDERED that the Motion for Leave of Court to Withdraw

Appearance of Counsel for Plaintiff Chris Archibeque [Doc. 22] is granted, and until such time as substitute counsel enters an appearance, Plaintiff Chris Archibeque will proceed *pro se* in the this matter under the conditions set forth in the Court's Order Setting Requirements for Withdrawal.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge